IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BRANT A. GREEN,

    Petitioner,

v.                                                                       Civ. No. 21-0775 RB/GBW

RICARDO MARTINEZ,

    Respondent.

## ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on United States Magistrate Judge Gregory Wormuth's Proposed Findings and Recommended Disposition (PFRD) entered March 15, 2024. (Doc. 39.) Judge Wormuth recommends denying Petitioner Brant A. Green's Amended Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 24.) (*See* Doc. 39.) On April 26, 2024, Petitioner filed objections. (Doc. 43.) Respondent responded to Petitioner's objections on May 8, 2024. (Doc. 44.)

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has conducted a de novo review of the record and all parts of the Judge Wormuth's PFRD that have been properly objected to. After conducting this de novo review, and having thoroughly considered Judge Wormuth's PFRD and Petitioner's objections, the Court finds no reason either in law or fact to depart from Judge Wormuth's recommended disposition.

**IT IS THEREFORE ORDERED** that Petitioner's objections (Doc. 43) are **OVERRULED** and the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 39) are **ADOPTED**.

**IT IS FURTHER ORDERED** that Petitioner's Amended Petition for a Writ of Habeas

Corpus Under 28 U.S.C. § 2241 (Doc. 24) is **DENIED**.

**IT IS FURTHER ORDERED** that the Court determines Petitioner fails to make a substantial showing that he has been denied a constitutional right and thus **DENIES** a certificate of appealability.

**IT IS FURTHER ORDERED** that this matter is **DISMISSED with prejudice**.

_____
ROBERT C. BRACK
SENIOR U.S. DISTRICT JUDGE